IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHARLES BOSARGE,                         *

     Plaintiff,                          *

v.                                       *        CIVIL ACTION NO. 07-0012-CG-C

                                         *

T-MOBILE, USA, INC. and
SOUTHWEST CREDIT SYSTEMS, LP,            *

     Defendants.                         *

### RESPONSE OF PLAINTIFF, CHARLES BOSARGE, TO DEFENDANT, SOUTHWEST CREDIT SYSTEMS, LP'S, MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Plaintiff, Charles Bosarge, and responds to the Defendant, Southwest Credit Systems, LP's, Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure as follows:

1.     Notice of Filing with attached exhibits.

2.     Suggestion of Disputed Facts and Brief in Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,

 s/ John W. Parker
**JOHN W. PARKER (PARKJ3605)**
Attorney for Plaintiff

1

**OF COUNSEL:**
**LAW OFFICES OF JOHN W. PARKER**
820 S. University Boulevard, Suite 2-F
Mobile, Alabama  36609
(251) 341-1020
(251) 341-1235 (Fax)


**CERTIFICATE OF SERVICE**

I do hereby certify that on this the 30th day of April, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Neal D. Moore, III, Esq.
Stephen Shows, Esq.
Ferguson, Frost & Dodson, LLP
Post Office Box 430189
Birmingham, Alabama 35243-0189

George M. Walker, Esq.
Hand Arendall, LLC
Post Office Box 123
Mobile, Alabama 36601


s/ John W. Parker
**JOHN W. PARKER**

2