IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES BOSARGE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 07-0012-CG-C |
| | ) |
| **T-MOBILE USA, INC.,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

The plaintiff's claims against Southwest Credit Systems LP having been dismissed by order of March 17, 2008 (Doc. 42), and this court having stayed this action as to T-Mobile USA, Inc. pending completion of arbitration by order of March 21, 2007 (Doc. 30), this action is **STAYED** pending further order of the court.

The clerk of court is directed to place this case on the court's administrative docket. However, the court retains jurisdiction and the parties may request reinstatement at any time if they require the court's intervention.

The parties are **ORDERED** to file a written report, **no later than April 23, 2008,** and every 6 months thereafter, in order to advise the court of the status of the arbitration, with the concluding report to be filed no later than 30 days after the completion of the arbitration proceedings.

**DONE and ORDERED** this 25th day of March, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE